UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>C. PFEIFFER, et al.,<br><br>    Defendants. | 1:19-cv-01768-DAD-SAB (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 14) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On January 15, 2020, Plaintiff filed an application to proceed in forma pauperis. Because Plaintiff has previously been granted in forma pauperis status on January 2, 2020, Plaintiff's second application to proceed in forma filed on January 15, 2020, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: **January 17, 2020**

UNITED STATES MAGISTRATE JUDGE

1